JAMES AND SUSANNA JOHNSON v. NEW JERSEY NATIONAL
BANK v. PRISCILLA ANN OUGHTON.

May 24, 1985.

Petition for certification denied.

HENRY H. MARTER v. CHARLES A. LUTZ.

September 5, 1985.

Petition for certification denied.

ANNE M. BARANKO v. TENNECO CHEMICALS CO., INC.

September 5, 1985.

Petition for certification denied.